MEADO-LAWN HOMES, INC., Appellant, *v.* WESTCHESTER LIGHTING COMPANY et al., Respondents.

Submitted October 16, 1940; decided November 13, 1940.

*Alexander Pfeiffer* and *Clarence S. Barasch* for appellant.

*Martin Ginzler* and *H. S. Tunick* for Bi-State Development Corporation, respondent.

*Tracy Costigan* for Westchester Lighting Company, respondent.

Judgment affirmed, with costs to Bi-State Development Corporation against the appellant. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.